IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. CR 06 81 T |
| | ) | In Violation of 18 U.S.C. |
| | ) | § 1204 |
| ERICA YADIRA PAVON | ) | |

**INDICTMENT**

The Grand Jury charges that:

**COUNT I**

On or about June 5, 2006, in the District of Rhode Island and elsewhere, the defendant, ERICA YADIRA PAVON, did remove and retain a child from the United States, to wit: Rogelio Ubico, Jr., who had previously been in the United States, with the intent to obstruct the lawful exercise of the parental rights of Rogelio H. Ubico.

All in violation of 18 U.S.C. § 1204.

A TRUE BILL:

REDACTED
GRAND JURY FOREPERSON

ROBERT CLARK CORRENTE
United States Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney
Criminal Chief

RICHARD W. ROSE
Assistant U.S. Attorney

Date 7-12-06