IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. 06-081-T |
| | ) | |
| ERICA YADIRA PAVON | ) | |

**GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT**

The United States moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss the Indictment for the reasons stated in the attached memorandum of law.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/Richard W. Rose

RICHARD W. ROSE /RI Bar #4522
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001 (fax)
email: richard.rose@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on this _____ day of October, 2006, I caused the within Government's Motion To Dismiss the Indictment to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system.__

/s/ Richard W. Rose

RICHARD W. ROSE / RI Bar #4522
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001 (fax)
email: richard.rose@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. 06-081-T |
| | ) | |
| ERICA YADIRA PAVON | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF THE GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT**

The United States respectfully requests that the Indictment be dismissed for the following reasons.

1. The defendant was indicted on July 12, 2006, and charged with International Parental Kidnapping.

2. The defendant has never appeared in a federal court in this matter and no counsel has entered an appearance on her behalf.

3. At the time of the Indictment, on information and belief, the defendant had removed the subject child from the United States and was residing in Bolivia while the lawful custodial parent, the child's father, resided in the District of Rhode Island.

4. The defendant is a native and citizen of Honduras. She is unable to re-enter the United States legally.

5. In September 2006, Special Agents of the Federal Bureau of Investigation were able to travel to Bolivia and were given custody of the subject child. The child was returned to the

United States and reunited with his father.

Based on the foregoing, the United States believes it would be in the best interest of justice to dismiss the above captioned Indictment. A form of Order is attached.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard W. Rose
RICHARD W. ROSE / RI Bar #4522
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001 (fax)
email: richard.rose@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on this _____ day of October, 2006, I caused the within Government's Memorandum of Law in Support of Its Motion To Dismiss the Indictment to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system.

/s/ Richard W. Rose
RICHARD W. ROSE / RI Bar #4522
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001 (fax)
email: richard.rose@usdoj.gov