UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR. NO. 06-081-T |
| | : | |
| ERICA YADIRA PAVON | : | |

**ORDER**

The Court has considered the Government's Motion to Dismiss the Indictment in this matter pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. After considering the Government's Memorandum, it is hereby:

**ORDERED**

The Government's Motion to Dismiss is hereby Granted.

By Order,

[signature]
DEPUTY CLERK

ENTER:
[signature: Ernest C. Torres]
ERNEST C. TORRES
Chief Judge
United States District Court

Date: 10/13/06

RECEIVED
OCT 05 2006
Property of U.S. District Court
District of Rhode Island